DAVID B. LOWRY
9900 SW Greenburg Road
Columbia Business Center, Suite 235
Portland, Oregon 97223
(503) 245-6309
OSB NO. 73372


Attorney for Plaintiff


## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**Charla Romans**

        **Plaintiff,**

   **vs.**                 **Civil No. 06-cv-01331-AA**

**Commissioner of Social Security**

       **Defendant.**             **ORDER GRANTING AWARD**
                                     **OF EAJA FEES**

      Pursuant to Stipulation, and good cause appearing therefore,

      IT IS ORDERED, ADJUDGED and DECREED that the plaintiff is granted judgment

against defendant for expenses in the amount of **$9.77**, costs in the amount of **$15.50**, and

attorney's fees in the amount of **$5599.89**, pursuant to EAJA, 28 U.S.C. § 2412 and 28 U.S.C. §

1920. Payment should be made to plaintiff's attorney

      Done this _19_ day of _November_, 2007.

                                 _____
                                  Judge

**Page 1 - ORDER GRANTING AWARD OF EAJA FEES**